18-004

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Funds Chairman, James J. White; Funds Treasurers, Stephen A. Cardi, Michael A. Gammino, III, and Henry Sherlock; THE IUOE LOCAL 57 HEALTH AND WELFARE FUND, Gregory E. Olson and Michael D'Ambra, Trustees; THE IUOE LOCAL 57 PENSION FUND, Edwin L. Sullivan, Jr. and Antonio B. Cardi, Trustees; THE IUOE LOCAL 57 ANNUITY FUND, Timothy E. Quillen and Antonio B. Cardi, Trustees; THE IUOE LOCAL 57 LEGAL SERVICE FUND, Gregory E. Olson and Stephen P. Lynch, Trustees; THE IUOE LOCAL 57 APPRENTICESHIP FUND, Timothy E. Quillen and Brad Bilodeau, Trustees; THE IUOE LOCAL 57 UNION ADMINISTRATION FUND, Timothy E. Quillen, Trustee; THE IUOE LOCAL 57 POLITICAL ACTION AND EDUCATION FUND, Timothy E. Quillen, Trustee; THE IUOE LOCAL 57 INDUSTRY ADVANCEMENT FUND, Michael A. Gammino III, Trustee; and THE IUOE LOCAL 57

*Plaintiffs*,

v.                                                                C.A. No. 1:18-cv-00019

GEOLOGIC-EARTH EXPLORATION, INC.

*Defendant*.

## VOLUNTARY DISMISSAL

Now comes the plaintiffs in the above captioned matter, and hereby dismiss this civil action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without prejudice.

Plaintiff,
by their attorney,

/s/ Ryan C. Hurley

Ryan C. Hurley, Esq. (7539)
Kiernan, Plunkett & Redihan, LLP
146 Westminster Street, 5th Floor
Providence, RI 02903
401-831-2900
rhurley@kprlaw.com

To:   Geologic-Earth Exploration, Inc.
      7 Sherwood Drive
      Norfolk, MA 02056

## **CERTIFICATION**

I hereby certify that a copy of the within document was mailed to the defendant at its principal address and to defendant's registered agent for service at his last known address via regular mail, postage pre-paid and by certified mail return receipt requested.

Dated: _April 13, 2018_     _Kayla Santiago_